IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:06CR21

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS. )<br>)<br>SHANE LOUIS WALKINGSTICK )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's motion to seal his sentencing memorandum filed this date.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to seal is **ALLOWED**, and the sentencing memorandum filed herein is hereby sealed until further order of this Court.

Signed: April 25, 2007

Lacy H. Thornburg
United States District Judge