IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW2:06CR21 |
| | ) | (Financial Litigation Unit) |
| SHANE LOUIS WALKINGSTICK, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| EASTERN BAND OF CHEROKEE INDIANS, | ) | |
|     Garnishee. | ) | |

## DISMISSAL OF ORDER OF GARNISHMENT

**THIS MATTER** is before the Court on motion of the United States to dismiss the Order of Garnishment entered July 7, 2008.

It appearing that the assessment, fine and restitution debt has been satisfied,

**IT IS, THEREFORE, ORDERED** that the motion to dismiss is **ALLOWED**, and the Order of Garnishment filed in this case on July 7, 2008, against the Defendant Shane Louis Walkingstick is hereby **DISMISSED**.

Signed: July 10, 2008

Lacy H. Thornburg
United States District Judge